UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LINDA WATTS,<br><br>　　Plaintiff,<br><br>v.<br><br>WAL-MART STORES EAST, LP,<br><br>　　Defendant. | Case No. 1:18-cv-04712-WMR<br><br>FILED IN OPEN COURT<br>U.S.D.C. - Atlanta<br><br>DEC 07 2021<br><br>KEVIN P. WEIMER, Clerk<br>By: _____ /Deputy Clerk |

## JURY VERDICT

In regard to the Plaintiff's claim of negligence,

A. _____ We, the Jury, find in favor of the Defendant.

OR

B. __X__ We, the Jury, find in favor of the Plaintiff and award the following damages:

$1,000,000.00 in general damages (pain and suffering)

$201,894.08 in special damages (medical expenses)

SO SAY WE ALL.

_Wesley Wright_
Foreperson

_12/7/21_
Date