UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LINDA WATTS,<br><br>　　　Plaintiff,<br><br>v.<br><br>WAL-MART STORES EAST, LP,<br><br>　　　Defendant. | Case No. 1:18-cv-04712-WMR<br><br>FILED IN OPEN COURT<br>U.S.D.C. - Atlanta<br><br>DEC 07 2021<br><br>KEVIN P. WEIMER, Clerk<br>By: _____ Deputy Clerk |

### JURY VERDICT

In regard to the Plaintiff's request for damages under O.C.G.A. § 9-11-68(e),

A. _____  We, the Jury, find in favor of the Defendant.

OR

B. __X__  We, the Jury, find in favor of the Plaintiff and award reasonable and necessary attorney's fees and litigation expenses in the amount of  $200,000

SO SAY WE ALL.

_____
Foreperson

12/7/21
Date